1  ED DUNLAVEY
   NATIONAL PARK SERVICE
2  Law Enforcement Office
   P.O. Box 517
3  Yosemite, California 95389
   Telephone: 209-372-0243

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES GOVERNMENT,      )    CASE: 6:09-mj-0226-YNP
                                   )
11           Plaintiff,            )
                                   )    STIPULATION TO VACATE
12      vs.                        )    TRIAL DATE AND SET FOR
                                   )    PLEA AND SENTENCE; AND
13  Christopher B. Olds            )    ORDER THEREON
                                   )
14           Defendant.            )    Court: U.S. Magistrate
                                   )    Judge: Hon. Sandra M. Snyder
15  _____)

16       IT IS HEREBY STIPULATED by and between Susan St. Vincent,

17  the acting legal officer for the National Park Service,

18  Defendant, Christopher Olds, and his attorney of record, Jeremy

19  Kroger, that the Bench Trial in the above-captioned matter set

20  for December 2, 2009 be vacated, and the matter be set for plea

21  and sentence on December 15, 2009, at 10:00 a.m.

22

23  Dated: November 17, 2009     By: /s/ Susan St. Vincent
                                     SUSAN ST. VINCENT
24                                   Acting Legal Officer for
                                     National Park Service
25

26  Dated: November 17, 2009     By: /s/ Jeremy Kroger
                                     JEREMY KROGER
27                                   Attorney for Defendant
                                     CHRISTOPHER OLDS
28

                                   1

* * * ORDER * * *

The Court, having reviewed the above request to vacate the trial date, now set for December 2, 2009, and set the matter for plea and sentence December 15, 2009, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1.   The Trial set for December 2, 2009, is vacated.

2.   The matter is now set for plea and sentence on December 15, 2009.

IT IS SO ORDERED.

**Dated:    November 18, 2009**                    **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE